FILED
JAN 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,

    Plaintiff,

v.                        Civil Action No. 08 0134

HENRY PAULSON, Secretary,
United States Department of the Treasury,

    Defendant.

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Reggie B. Walton
United States District Judge

Date: December 26, 2007