UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN IVEY,           )
                       )
         Plaintiff,    )
                       )
v.                     )           Civil Action No. 08-0134
                       )
HENRY PAULSON, Secretary,  )
United States Department of the Treasury, )
                       )
         Defendant.    )

## ORDER

Upon review of plaintiff's "Motion for Reconsideration of Dismissal Order Filed January 24, 2008," alter or amend, which the Court construes as a motion filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the Court finds no basis to reverse the dismissal order.

Accordingly, it is hereby

ORDERED that plaintiff's Motion for Reconsideration of Dismissal Order Filed January 24, 2008 [Dkt. #5] is DENIED.

SO ORDERED.

_____
United States District Judge

DATE:
2/26/08